# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Land and Buildings Located at 8 Germantown** )<br>**Road, Derry, New Hampshire, with all Appurtenances** )<br>**and Improvements Thereon, owned by** )<br>**Albert Craig; et al** )<br>)<br>**Defendants-in-rem.** )<br>) | **Civil No. 09-363-SM** |

**ORDER OF DISMISSAL AS TO DEFENDANTS IN REM**
**(1) LAND AND BUILDINGS LOCATED AT 8 GERMANTOWN ROAD, DERRY, NH, OWNED BY ALBERT CRAIG; (2) ONE 2007 RED DODGE CHARGER, VIN 2B3KA43R87H865846, N.H. REG. 1412318, OWNED BY ALBERT CRAIG AND JOAN CRAIG; (4) ONE 2008 SEA DOO BOMBARDIER 318 RXT-X, HIN YDV59579E808, WITH TRAILER, OWNED BY ALBERT CRAIG; (5) ONE 1981 BLUE HONDO FLAT BOTTOM BOAT AND CUSTOM TRAILER HIN HNDE5279M81G, WITH TRAILER, OWNED BY ALBERT CRAIG; (6) ONE 2000 BLUE MASTERCRAFT PROSTAR BOAT, HIN MBCAAAF5F900, WITH TRAILER, OWNED BY ALBERT CRAIG; (7) ONE 2000 MASTERCRAFT SKI BOAT, WITH TRAILER, OWNED BY ALBERT CRAIG; (11) ONE 2007 BLUE GODFREY MARINE TUSCANY 1880 RE BOAT, HIN GDY6484TG607, N.H. REG. 2583043, WITH TRAILER, OWNED BY JOAN CRAIG; AND $8,443.94 OF DEFENDANT IN REM (12) NINE THOUSAND DOLLARS ($9000.00) IN UNITED STATES CURRENCY, MORE OR LESS**

Pursuant to a Stipulated Settlement Agreement approved by the Court on August 3, 2010, the United States has moved to dismiss the following defendants in rem: (1) Land and Buildings Located at 8 Germantown Road, Derry, NH, owned by Albert Craig; (2) One 2007 Red Dodge Charger, VIN 2B3KA43R87H865846, N.H. Reg. 1412318, owned by Albert Craig and Joan Craig; (4) One 2008 Sea Doo Bombardier 318 RXT-X, HIN YDV59579E808, with trailer, owned by Albert Craig; (5) One 1981 Blue Hondo Flat Bottom Boat and Custom Trailer HIN HNDE5279M81G, with trailer, owned by Albert Craig; (6) One 2000 Blue Mastercraft Prostar

Boat, HIN MBCAAAF5F900, with trailer, owned by Albert Craig; (7) One 2000 Mastercraft Ski Boat, with trailer, owned by Albert Craig; (11) One 2007 Blue Godfrey Marine Tuscany 1880 RE boat, HIN GDY6484TG607, N.H. Reg. 2583043, with trailer, owned by Joan Craig; and $8,443.94 of defendant in rem (12) Nine Thousand Dollars ($9000.00) in United States Currency, more or less.

The United States has requested that the defendants in rem (6), (7) and the trailer for defendant in rem (11) be dismissed because they were never seized (the claimant had no longer possessed them).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

(A)  That the defendants in rem, (1) Land and Buildings Located at 8 Germantown Road, Derry, NH, owned by Albert Craig; (2) One 2007 Red Dodge Charger, VIN 2B3KA43R87H865846, N.H. Reg. 1412318, owned by Albert Craig and Joan Craig; (4) One 2008 Sea Doo Bombardier 318 RXT-X, HIN YDV59579E808, with trailer, owned by Albert Craig; (5) One 1981 Blue Hondo Flat Bottom Boat and Custom Trailer HIN HNDE5279M81G, with trailer, owned by Albert Craig; (6) One 2000 Blue Mastercraft Prostar Boat, HIN MBCAAAF5F900, with trailer, owned by Albert Craig; (7) One 2000 Mastercraft Ski Boat, with trailer, owned by Albert Craig; (11) One 2007 Blue Godfrey Marine Tuscany 1880 RE boat, HIN GDY6484TG607, N.H. Reg. 2583043, owned by Joan Craig; and $8,443.94 of defendant in rem (12) Nine Thousand Dollars ($9000.00) in United States Currency, more or less, are hereby dismissed from this proceeding.

(B)  That the parties shall bear their own costs and expenses of this proceeding, including attorney's fees, if any.

(C) That Claimant Albert Craig is forever barred from asserting any claims or demands, in law or equity, against the United States, its agents, employees or assigns, including but not limited to the USMS, the Drug Enforcement Administration (DEA), any state or local law enforcement department, and any of their agents, employees or assigns, in connection with, or arising out of the civil judicial forfeiture action against the defendants in rem, including but not limited to any claim that the United States did not have probable cause to initiate and prosecute its forfeiture case against the defendants in rem listed above.

(D) Claimant Albert Craig will execute a hold harmless agreement to the United States Marshals Service ("USMS") at the time of the release to him of the above-mentioned defendants in rem

(E) Claimant Albert Craig agrees to pay the USMS its transportation and storage costs associated with the defendants in rem (2) One 2007 Red Dodge Charger, VIN 2B3KA43R87H865846, N.H. Reg. 1412318, owned by Albert Craig and Joan Craig; (4) One 2008 Sea Doo Bombardier 318 RXT-X, HIN YDV59579E808, with trailer, owned by Albert Craig; (5) One 1981 Blue Hondo Flat Bottom Boat and Custom Trailer HIN HNDE5279M81G, with trailer, owned by Albert Craig; (11) One 2007 Blue Godfrey Marine Tuscany 1880 RE boat, HIN GDY6484TG607, N.H. Reg. 2583043, owned by Joan Craig.

The Clerk is hereby directed to send ten certified copies of this order to the United States Marshals Service, a copy to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck, and to opposing counsel of record.

Dated: August 9, 2010

_____
Steven J. McAuliffe
Chief Judge

3

cc: All Counsel of Record